```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JENNIFER M. RESNIK
    Assistant United States Attorney
 6  Asset Forfeiture Section
    (Cal. State Bar # 233634)
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-6595
 9       Facsimile: (213) 894-7177
         E-mail: jennifer.resnik@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CV 12-05270-GAF-JC |
| | ) | |
| Plaintiff, | ) | **ORDER FOR MANDATORY STAY UNDER** |
| | ) | **18 U.S.C. § 981(g)(2)** |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED IN | ) | |
| DIAMOND BAR, CALIFORNIA, | ) | |
| ASSESSOR PARCEL NUMBER 8713-028-004, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| SYED QAISAR MADAD AND MEHER FATINA TABATABAI, | ) | |
| | ) | |
| Claimants. | ) | |

Upon showing of good cause by the parties through their Stipulation For Mandatory Stay Under 18 U.S.C. § 981(g)(2), it is

hereby ORDERED that:

1. This forfeiture action shall be stayed pending completion of the related criminal investigation, or until any order lifting the stay, whichever is sooner.

2. The parties shall promptly advise the Court when the criminal investigation has been completed, pending which the parties shall file a joint status report every 120 days from the date of entry of this order until the stay of the civil forfeiture action is lifted.

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action

DATED: October 13, 2012

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/
_____
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section-  Attorneys for Plaintiff
United States of America