ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CV 12-05270-GAF-JC |
|     Plaintiff, ) | |
|     v. ) | |
| REAL PROPERTY LOCATED IN ) DIAMOND BAR, CALIFORNIA, ) ASSESSOR PARCEL NUMBER 8713- ) 028-004, ) | CONSENT JUDGMENT |
|     Defendant. ) | |
| _____) | |
| SYED QAISAR MADAD AND MEHER ) FATINA TABATABAI, ) | |
|     Claimants. ) | |
| _____) | |

RECITALS

    1.    This action was filed on June 18, 2012.

    2.    Notice was given and published in accordance with law.

1    3.   Claimants Syed Qaisar Madad and Meher Fatima Tabatabai ("Claimants") filed claims to the defendant Real Property Located in Diamond Bar, California with assessor parcel number 8713-028-004 (the "defendant property"). The legal description of the defendant property is attached as Exhibit "A." No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and Claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

C.   Notice of this action has been given in accordance with law. All potential claimants to the defendant property other than Claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.   The United States of America shall have judgment as to all of the defendant property, subject to the recorded interest of JPMorgan ChaseBank, N.A. (Instrument Numbers 20072134729 and 20071043160), and no other person or entity shall have any right, title or interest therein.

E.   Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees

1  and agents of the United States Federal Bureau of Investigation
2  and Internal Revenue Service, from any and all claims, actions or
3  liabilities arising out of or related to this action, including,
4  without limitation, any claim for attorney's fees, costs or
5  interest which may be asserted on behalf of the claimant, whether
6  pursuant to 28 U.S.C. § 2465 or otherwise.
7       F.   The court finds that there was reasonable cause
8  for the institution of these proceedings.  This judgment shall be
9  construed as a certificate of reasonable cause pursuant to 28
10 U.S.C. § 2465.

12 Dated: February 26, 2013
13                                    _____
                                      THE HONORABLE GARY ALAN FEESS
14                                    UNITED STATES DISTRICT JUDGE

15 Approved as to form and content:
16 Dated: February_25, 2013
                                      ANDRÉ BIROTTE JR.
17                                    United States Attorney
                                      ROBERT E. DUGDALE
18                                    Assistant United States Attorney
                                      Chief, Criminal Division
19                                    STEVEN R. WELK
                                      Assistant United States Attorney
20                                    Chief, Asset Forfeiture Section

21
                                         /s/
22                                    _____
                                      JENNIFER M. RESNIK
                                      Assistant United States Attorney
23                                    Asset Forfeiture Section

24                                    Attorneys for Plaintiff
                                      United States of America
25

26 DATED: February 22, 2013

27                                       /s/
                                      _____
28                                    MEHER F. TABATABAI

3

1

2   DATED: February 25, 2013

3                                          /s/
    ROBERT J. FELDHAKE, ESQ.
4   Attorney for Claimant Meher
    Tabatabai
5
    DATED: February 22, 2013
6
                                            /s/
7   SYED QAISAR MADAD

8
    DATED: February 25, 2013
9                                          /s/
    LAW OFFICES OF MARK J. WERKSMAN
10  MARK M. HATHAWAY
    Attorney for Claimant Syed Qaisar
11  Madad

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3  **EXHIBIT A**

4  PARCEL 1: LOT 119, OF TRACT NO. 60578, IN THE CITY OF
   DIAMOND BAR, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA,
5  AS PER MAP RECORDED IN BOOK 785 PAGES 1 TO 25 INCLUSIVE
   OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
6  COUNTY.

7
   EXCEPT THEREFROM OIL, GAS, MINERALS AND HYDROCARBON
8  BELOW A DEPTH OF 500 FEET, WITHOUT THE RIGHT OF SURFACE
   ENTRY AS RESERVED IN INSTRUMENT OF RECORDS.
9

10 PARCEL 2: A NON-EXCLUSIVE EASEMENT TO BE USED IN COMMON
   WITH OTHERS FOR INGRESS AND EGRESS OVER ALL THOSE AREAS
11 SHOWN UPON THE MAP OF SAID TRACT NO. 30578, AS PRIVATE
   STREET, SAID EASEMENT TO BE APPURTENANT TO AND FOR
12 BENEFIT OF THE LOT DESCRIBED ABOVE IN PARCEL 1.

13
   EXCEPT THEREFROM ANY PORTION WHICH FALLS WITHIN THE
14 LINES OF PARCEL 1 ABOVE DESCRIBED.

15 APN 8713-028-004

16
17
18
19
20
21
22
23
24
25
26
27
28